IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| WALTER E. MARTIN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. G-04-319 |
| v. | § | |
| | § | |
| BAYLAND INCORPORATED, | § | |
| | § | |
| Defendant. | § | |

### FINAL JUDGMENT

As set forth in the Order Granting Defendant's Motion for Summary Judgment, Denying Plaintiff's Motion for Partial Summary Judgment, and Denying Plaintiff's Motion for Injunctive Relief, issued this day, Defendant's Motion for Summary Judgment is hereby **GRANTED**, and Plaintiff's Motions for Partial Summary Judgment and Injunctive Relief are **DENIED**. Any and all claims herein asserted are hereby **DISMISSED WITH PREJUDICE**. All Parties are to bear their own costs, attorney's fees, and expenses incurred herein to date. **THIS IS A FINAL JUDGMENT**.

**IT IS SO ORDERED**.

**DONE** this 31st day of May, 2005, at Galveston, Texas.

_____
Samuel B. Kent
United States District Judge